UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JULIE MAZURKIEWICZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:11CV2089 RWS |
| ) | |
| COUNTRY MUTUAL INS. CO, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before me on a review of plaintiff's pretrial compliance, filed incorrectly as one document and improperly docketed as an exhibit list. Plaintiff cannot simply file one document labeled "Pretrial Compliance." **Rather, each part of a party's pre-trial compliance must be filed and docketed as a separate pleading; ie., the stipulation is filed as one document, the witness list is filed as a separate document, etc. Plaintiff shall correctly file an amended pretrial compliance in accordance with the case management order by 1:00 p.m. on December 20, 2013, or plaintiff's pretrial will be struck as untimely and this Court will dismiss plaintiff's case for failure to comply with the provisions of the case management order.**

Accordingly,

**IT IS HEREBY ORDERED** that <ins>plaintiff shall file an amended pretrial compliance as set out above by 1:00 p.m., December 20, 2013, or plaintiff's pretrial compliance will be struck as untimely and this Court will dismiss plaintiff's case for failure to comply with the provisions of the case management order.</ins>

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 19th day of December, 2013.